# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| JENNIFER LAMAS, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:19-CV-00475-RWS-CAN |
| v. | § § | |
| SOUTHWEST CREDIT SYSTEMS, LP, | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that above-captioned cause is **DISMISSED WITHOUT PREJUDICE**.

All other claims for relief are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 13th day of August, 2020.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE